DAYLE ELIESON
United States Attorney
District of Nevada

LINDSY M. ROBERTS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: lindsy.roberts@usdoj.gov
*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE ESTATE OF STEPHEN THOMAS CARY, JR.,       )<br>      )<br>      Plaintiff,       )<br>      )<br>      v.       )<br>      )<br>UNITED STATES OF AMERICA,       )<br>      )<br>      Defendant.       )<br>      ) | Case No. 2:16-cv-00067-JAD-GWF<br><br>**JOINT STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>**(Sixth Request)** |

Pursuant to Local Rules 6-1, 26-4, and Fed. R. Civ. P. 6(b), the parties stipulate, subject to this Court's approval, that the deadlines in the approved discovery schedule be extended as set forth below. The parties assert that good cause exists for the requested extension.

**1.** <u>**Status Report.**</u> Discovery is currently set to close on **March 15, 2018**. This request is made more than 21 days prior to that cutoff date solely for the purpose of extending the deadline to conduct depositions while the parties are <u>actively engaged</u> in settlement negotiations. The parties assert that good cause exists to extend the deadline as set forth in Paragraph 4. Additionally, should this stipulation be approved by the Court, it will facilitate and increase the possibility of resolution without the parties having to balance upcoming deadlines. While the parties had previously represented that they did not anticipate needing an additional extension, Plaintiff's counsel was notified at the end of December 2017 that an office relocation he was intending to make had to be postponed which will now affect his ability to devote the time necessary to this and other case commitments. By filing this stipulation jointly, the parties are in agreement that this extension is warranted under the circumstances.

1

2.      **Status/Discovery Completed.** The parties have completed the following discovery:

- Initial and supplemental disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(C).
- Exchanged written discovery.
- Exchanged expert witness disclosures.
- Taken depositions of fact witnesses.

3.      **Discovery remaining.** The only outstanding discovery is depositions of expert witnesses (one in California and one in Virginia) and some of Plaintiff's treating physicians and health care providers, all of whom are/were employed by Defendant. This additional discovery that remains will require out-of-town travel and additional coordination of schedules.

4.      **Reasons for extension.** The parties request this extension to provide them with the time to facilitate potential resolution of the matter. The parties are actively engaged in settlement negotiations and both parties are hopeful that a resolution can be reached in the near future. The parties continue to negotiate in good faith and request this extension to avoid costly expert depositions and the travel costs associated therewith.

Of course, if the parties are not able to reach a resolution, they will need sufficient time to complete discovery. Given the travel involved and the coordination of schedules (including those of experts who have medical practices) additional time is needed to provide enough time to complete discovery while the parties continue the dialogue regarding settlement. In addition to the foregoing, counsel for Plaintiff had anticipated making an office relocation (after being located approximately 6 years in his current location) in early January 2018. However, in late December 2017, after the parties filed the last extension request, he was notified by the management of the building to which he is relocating that the office move would need to be postponed until mid-February 2018. The anticipated move to new offices has required him to make a number of arrangements that are disruptive to his law practice and which will continue to be disruptive now that the relocation date has been postponed. Upon relocation, Plaintiff's counsel will need time to adjust to the new office (including implementing computer support and related matters) while balancing numerous case commitments in state and federal court.

For all of these reasons, the parties are in agreement that an additional 90-day extension of the discovery period is appropriate and warranted.

     **5.**     <u>**Revised discovery schedule.**</u> The parties stipulate and agree to a **90-day** extension of the discovery deadline. The parties agree to the following revisions to the discovery plan and ask that the Court adopt it as the revised scheduling order in this case.

        **A.**     <u>**Depositions**</u>: The parties agree and respectfully request that the discovery cutoff date be extended from **March 15, 2018 to June 13, 2018**, for the limited purpose of completing depositions.

        **B.**     <u>**Dispositive Motions**</u>: The parties request that the Court extend the deadline to file dispositive motions, if any, to **July 13, 2018**, which is 30 days after the proposed discovery cutoff.

        **C.**     <u>**Pretrial Order**</u>: The parties request that the Court extend the deadline to file the Pretrial Order to **August 13, 2018,**[1] which is 31 days after the deadline for filing dispositive motions. However, if any dispositive motions are filed, then the Pretrial Order shall be due 30 days after decisions on such motion(s). Disclosures under Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the Joint Pretrial Order.

     Respectfully submitted this 11th day of January 2018.

PAUL PADDA LAW, PLLC              DAYLE ELIESON
                                   United States Attorney

*/s/ Paul Padda*                      */s/ Lindsy M. Roberts*
PAUL PADDA, ESQ.                LINDSY M. ROBERTS
4240 West Flamingo Rd, Suite 220      Assistant United States Attorney
Las Vegas, Nevada 89103           *Attorneys for the United States*
*Attorney for Plaintiff*

                                   **IT IS SO ORDERED:**

                                   _George Foley Jr._____

                                   **UNITED STATES MAGISTRATE JUDGE**

                                   **DATED:**   1/12/2018

---

[1] Deadlines falling on a Saturday, Sunday or legal holiday have been rolled to the next day that is not a Saturday, Sunday, or legal holiday pursuant to Fed. R. Civ. P. 6(a)(1)(C).