PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF STEPHEN THOMAS CARY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA <br><br> Defendant. | Case No. 2:16-cv-0067-JAD-GWF <br><br> **Stipulation and Order for Dismissal** <br><br> ECF No. 27 |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the Court's Local Rule 7-1, the parties (having reached an amicable resolution of their dispute) stipulate to dismissal of this civil action (with prejudice). There are no counterclaims, crossclaims or third-party claims pending before the Court. It is further stipulated that each party shall bear its own attorney's fees and costs. The parties respectfully request that the Court approve this stipulation.

| | Respectfully submitted, |
|---|---|
| /s/ *Lindsy Roberts* <br> _____ <br> Lindsy Roberts, Esq. <br> Assistant United States Attorney <br> Counsel for the United States of America <br><br> Dated: June 24, 2018 | /s/ *Paul S. Padda* <br> _____ <br> Paul S. Padda, Esq. <br> Counsel for Plaintiff <br><br> Dated: June 24, 2018 |

**Order**

Based on the parties' stipulation **[ECF No. 27]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 25, 2018